IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSE R. MARRERO

Debtor 1

JESSICA MARRERO

Debtor 2

JOSE R. MARRERO

Plaintiff(s)

vs.

STILLWATER LAKES CIVIC ASSOCIATION, INC.

Defendant(s)

Chapter: 13

Case No.: 5-18-bk-03372 RNO

Adversary No.: 5-19-ap-00027 RNO

Nature of Proceeding: Complaint to Determine Secured Status

## SCHEDULING ORDER

The Plaintiff(s) having filed an adversary proceeding and the Defendant(s) having filed a responsive pleading,

**IT IS HEREBY ORDERED THAT:**

1. Subject to any stipulation between parties, each party shall make the initial discovery disclosures required by F.R.B.P. 7026(a) within thirty (30) days of the date of this Order.

2. Any other discovery disclosures shall be made pursuant to any filed stipulation between the parties or when required by the provisions of F.R.B.P. 7026.

3. Any objections to the making of initial disclosures under F.R.B.P. 7026(a)(1)(C) shall be made with fourteen (14) days of the date of this Order, unless a different time is set in a stipulation between the parties.

4. All discovery shall be completed on or before ninety (90) days from the date of this Order.

5. Each party must take all reasonable steps to preserve electronically stored information ("ESI") which relates to the subject(s) of this Adversary Proceeding.

6. Any request for a pretrial conference shall be filed on or before fourteen (14) days after the close of discovery.

7. Any request for a settlement conference, to be conducted by a bankruptcy judge not assigned to this matter, shall be filed on or before twenty-one (21) days before trial.

8. Dispositive motions shall be filed on or before one hundred twenty (120) days from the date of this Order.

9. On or before seventy (70) days from the date of this Order, the parties shall submit a <u>joint</u> statement whether they consent to participation in the court-annexed mediation program.

10. Trial is scheduled for **November 8, 2019**, at **10:00 am**, in the United States Bankruptcy Court, Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701. Counsel is directed to prepare and exchange exhibits as required by Local Bankruptcy Rule 9070-1.

11. Any trial briefs must be filed and served at least seven (7) days before the scheduled trial date.

12. Any requests for continuance shall be filed at least fourteen (14) days before trial, shall state good cause for the continuance request and shall certify the concurrence or non-concurrence of all parties to this action.

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

April 25, 2019